

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00096-CR

---

**IN RE WALTER CORTEZ, RELATOR**

---

ORIGINAL PROCEEDING

---

March 21, 2024

## MEMORANDUM OPINION

**Before QUINN, C.J., and PARKER and YARBROUGH, JJ.**

Walter Cortez, Relator, seeks a writ of mandamus directing the 432nd District Court to provide him with "a free copy of [his] documents in reference to [his] case." As we are without authority to issue a mandamus against the respondent, we dismiss the petition for want of jurisdiction.

A court of appeals may issue writs of mandamus against a judge of a district or county court in its geographic district and may issue writs necessary to enforce its jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a), (b). Relator has directed his mandamus petition against the judge of the 432nd District Court of Tarrant County, which is not located within the geographic district for the Seventh Court of Appeals. *See* TEX. GOV'T

CODE ANN. § 22.201(h) (identifying counties composing Seventh Court of Appeals District). Although the appeal of Relator's underlying case was transferred to this Court, the transfer did not carry with it any jurisdiction to issue a writ of mandamus in a separate original proceeding. *See In re Foster*, No. 07-20-00190-CV, 2020 Tex. App. LEXIS 6257, at *2 (Tex. App.—Amarillo Aug. 7, 2020, orig. proceeding) (per curiam) (mem. op.).

Accordingly, we are without authority to issue a writ of mandamus against the judge of the 432nd District Court unless the writ is necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a). Relator has not demonstrated that our jurisdiction is implicated here. Therefore, we dismiss Relator's petition for writ of mandamus for want of jurisdiction.

Per Curiam

Do not publish.